# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-575-FDW-DCK

| | |
|---|---|
| **AFFINITY TOOL WORKS, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **HANGZHOU GREAT STAR INDUSTRIAL** ) | |
| **CO., LTD., and GREAT STAR INDUSTRIAL** ) | |
| **USA LLC,** ) | |
| ) | |
| **Defendant**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) filed by Sara W. Higgins, concerning H. Jonathan Redway, on January 10, 2022. H. Jonathan Redway seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 17) is **GRANTED**. H. Jonathan Redway is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: January 10, 2022

David C. Keesler
United States Magistrate Judge