# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CV-575-FDW-DCK

| | |
|---|---|
| AFFINITY TOOL WORKS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| HANGZHOU GREAT START INDUSTRIAL CO., LTD., and GREAT STAR INDUSTRIAL USA LLC, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion To Stay The Initial Attorneys' Conference" (Document No. 24) filed February 9, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion with modification.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion To Stay The Initial Attorneys' Conference" (Document No. 24) is **GRANTED with modification**. The Initial Attorneys' Conference is **STAYED** until the Court resolves "Plaintiff's Motion For Leave To Effect Alternative Service On Defendant" (Document No. 6).

**SO ORDERED**.

Signed: February 9, 2022

David C. Keesler
United States Magistrate Judge