IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-575-FDW-DCK

| | |
|---|---|
| AFFINITY TOOL WORKS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| HANGZHOU GREAT STAR INDUSTRIAL | ) |
| CO., LTD., and GREAT STAR | ) |
| INDUSTRIAL USA LLC, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission Of Scott D. Eads *Pro Hac Vice* and Affidavit" (Document No. 32) filed by Richard M. McDermott, concerning Scott D. Eads, on June 2, 2022. Scott D. Eads seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 32) is **GRANTED**. Scott D. Eads is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: June 3, 2022

David C. Keesler
United States Magistrate Judge