IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-575-FDW-DCK

| | |
|---|---|
| AFFINITY TOOL WORKS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HANGZHOU GREAT STAR INDUSTRIAL ) <br> CO., LTD., ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 46) filed by Sara W. Higgins, concerning Ariana Deskins Pellegrino, on April 24, 2023. Ariana Deskins Pellegrino seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 46) is **GRANTED**. Ariana Deskins Pellegrino is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: April 24, 2023

David C. Keesler
United States Magistrate Judge