UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-00575-FDW-DCK

| | |
|---|---|
| AFFINITY TOOL WORKS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HANGZHOU GREAT STAR INDUSTRIAL ) <br> CO., LTD.; AND GREAT STAR ) <br> INDUSTRIAL USA LLC, ) <br> ) <br> Defendants. ) <br> ) | **NOTICE OF HEARING** |

**TAKE NOTICE** that a Claim Construction Hearing shall take place at **10:30 a.m. on Friday, July 28, 2023,** in Courtroom #5B of the Charles R. Jonas Building, 401 W. Trade Street, Charlotte, North Carolina, 28202. The Court will limit each side to thirty (30) minutes to present their respective arguments, including intrinsic and extrinsic evidence, regarding proposed construction of the disputed claim terms, phrases, or clauses.

**IT IS SO ORDERED.**

Signed: July 10, 2023

Frank D. Whitney
United States District Judge